**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Carlos Lamon Magett<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–9756<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |

United States Bankruptcy Court   Northern District of Illinois

Case number:   22–01548

# Order of Discharge                                                          12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Carlos Lamon Magett

If the trustee has filed and served a notice pursuant to Bankruptcy Rule 3002.1(f), and no statement is timely filed by the mortgagee in response, the mortgage addressed by the notice is deemed to be fully current as of the date of the notice.

September 5, 2025                                **For the court:**    Jeffrey P. Allsteadt, Clerk
                                                                        United States Bankruptcy Court

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Northern District of Illinois

In re:  Case No. 22-01548-TAB

Carlos Lamon Magett  Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1 User: admin Page 1 of 3
Date Rcvd: Sep 05, 2025 Form ID: 3180W Total Noticed: 41

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carlos Lamon Magett, 8532 S Burnham, Chicago, IL 60617-3102 |
| 29659434 | + | BNSF Railway Credit Union, C/O Homer, Wilson & Company, LTD, 900 Ridge Road, Suite S, Munster,IN 46321-1727 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 29659428 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Sep 05 2025 23:01:30 | Affirm Inc, Attn: Bankruptcy Dept., 650 CALIFORNIA ST FL 12, SAN FRANCISCO,CA 94108-2716 |
| 29659420 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 05 2025 23:03:00 | Apple Card/Gs Bank Usa, Attn: Bankruptcy Dept., LOCKBOX 6112 PO BOX 7247, PHILADELPHIA,PA 19170-0001 |
| 29659417 | + | EDI: CITICORP | Sep 06 2025 02:47:00 | Best Buy/Cbna, Attn: Bankruptcy Dept., 50 NORTHWEST POINT ROAD, ELK GROVE VILLAGE,IL 60007-1032 |
| 29659435 | | Email/Text: BNCNotice-Forward@cityofchicago.org | Sep 05 2025 23:02:00 | City of Chicago - Dept of Revenue, Bankruptcy Department, PO BOX 88292, Room 107, Chicago,IL 60680 |
| 29659433 | | Email/Text: BNCNotice-Forward@cityofchicago.org | Sep 05 2025 23:02:00 | City of Chicago Bureau Parking, Bankruptcy Dept/City Clerk, 121 N. LaSalle St, Room 107, Chicago,IL 60602 |
| 29665575 | | Email/Text: BNCNotice-Forward@cityofchicago.org | Sep 05 2025 23:02:00 | City of Chicago Department of Finance, Chicago Dept. of Law Bankruptcy, 121 N Lasalle St. Suite 400, Chicago IL.60602 |
| 29664283 | | Email/Text: BNCNotice-Forward@cityofchicago.org | Sep 05 2025 23:02:00 | City of Chicago Department of Finance, Utility Billing & Customer Service Divis, 121 N. LaSalle St., Suite 400, Chicago, IL 60602 |
| 29661745 | | Email/Text: BNCNotice-Forward@cityofchicago.org | Sep 05 2025 23:02:00 | City of Chicago Dept. of Administrative Hearing, Chicago Dept. of Law Bankruptcy, 121 N. LaSalle St., Suite 400, Chicago, IL 60602 |
| 29659419 | + | EDI: CAPONEAUTO.COM | Sep 06 2025 02:53:00 | Capital One Auto Finan, Attn: Bankruptcy Dept., PO BOX 259407, PLANO,TX 75025-9407 |
| 29664199 | + | EDI: AISACG.COM | Sep 06 2025 02:47:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 29699658 | + | EDI: AISACG.COM | Sep 06 2025 02:47:00 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 29659423 | + | EDI: CAPITALONE.COM | Sep 06 2025 02:47:00 | Capital One Bank Usa N, Attn: Bankruptcy Dept., PO BOX 31293, SALT LAKE CITY,UT 84131-0293 |

Case 22-01548   Doc 57   Filed 09/07/25   Entered 09/07/25 23:14:11   Desc Imaged
                         Certificate of Notice   Page 4 of 5

| District/off: 0752-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 05, 2025 | Form ID: 3180W | Total Noticed: 41 |

| | | | | |
|---|---|---|---|---|
| 29659425 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 05 2025 23:01:24 | Credit One Bank Na, Attn: Bankruptcy Dept., PO BOX 98875, LAS VEGAS,NV 89193-8875 |
| 29664401 | | EDI: DISCOVER | Sep 06 2025 02:47:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 29659416 | + | EDI: DISCOVER | Sep 06 2025 02:47:00 | Discover Fin Svcs Llc, Attn: Bankruptcy Dept., PO BOX 15316, WILMINGTON,DE 19850-5316 |
| 29659432 | | Email/Text: bankruptcycourts@equifax.com | Sep 05 2025 23:03:00 | Equifax, Attn: Bankruptcy Dept., Po Box 740241, Atlanta,Ga 30374 |
| 29659431 | ^ | MEBN | Sep 05 2025 22:57:28 | Experian, Attn: Bankruptcy Dept., Po Box 2002, Allen,Tx 75013-2002 |
| 29659440 | | Email/Text: rev.bankruptcy@illinois.gov | Sep 05 2025 23:03:00 | Illinois Department of Revenue, Bankruptcy Department, PO Box 19035, Springfield,IL 62794 |
| 29752231 | | Email/Text: rev.bankruptcy@illinois.gov | Sep 05 2025 23:03:00 | Illinois Department of Revenue, Bankruptcy Section, P.O. Box 19035, Springfield, IL 62794-9035 |
| 29659437 | + | EDI: IRS.COM | Sep 06 2025 02:47:00 | IRS Priority Debt, Bankruptcy Dept., PO Box 7346, Philadelphia,PA 19101-7346 |
| 29659441 | ^ | MEBN | Sep 05 2025 22:58:34 | Illinois Housing Development Authority, Bankruptcy Dept., 111 E Wacker Drive, Ste 1100, Chicago,IL 60601-4306 |
| 29659426 | + | EDI: PHINGENESIS | Sep 06 2025 02:53:00 | Kay Jewelers/Genesis, Attn: Bankruptcy Dept., 15220 NW GREENBRIER PKWY, BEAVERTON,OR 97006-5744 |
| 29659412 | + | Email/Text: support@ljross.com | Sep 05 2025 23:03:00 | L J Ross Associates In, Attn: Bankruptcy Dept., 4 UNIVERSAL WAY, JACKSON,MI 49202-1455 |
| 29720417 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 05 2025 23:13:27 | LVNV Funding LLC, c/o Resurgent Capital Services, Po Box 10587, Greenville, SC 29603-0587 |
| 29717410 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 05 2025 23:13:21 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 29676520 | + | EDI: AGFINANCE.COM | Sep 06 2025 02:47:00 | One Main Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 29659421 | + | EDI: AGFINANCE.COM | Sep 06 2025 02:47:00 | Onemain, Attn: Bankruptcy Dept., PO BOX 1010, EVANSVILLE,IN 47706-1010 |
| 29659414 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 05 2025 23:13:54 | Opensky Cbnk, Attn: Bankruptcy Dept., 101 CROSSWAYS PARK DR W, WOODBURY,NY 11797-2020 |
| 29746252 | | EDI: PRA.COM | Sep 06 2025 02:47:00 | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 29746258 | | EDI: PRA.COM | Sep 06 2025 02:47:00 | Portfolio Recovery Associates, LLC, c/o THE HOME DEPOT, POB 41067, Norfolk, VA 23541 |
| 29723121 | ^ | MEBN | Sep 05 2025 22:58:01 | Pink Dogwood 13, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 29659418 | + | EDI: SYNC | Sep 06 2025 02:47:00 | Syncb/Amazon, Attn: Bankruptcy Dept., PO BOX 965015, ORLANDO,FL 32896-5015 |
| 29659424 | + | EDI: SYNC | Sep 06 2025 02:47:00 | Syncb/Sams Club, Attn: Bankruptcy Dept., PO BOX 965005, ORLANDO,FL 32896-5005 |
| 29659413 | + | EDI: CITICORP | Sep 06 2025 02:47:00 | Thd/Cbna, Attn: Bankruptcy Dept., PO BOX 6497, SIOUX FALLS,SD 57117-6497 |
| 29659430 | ^ | MEBN | Sep 05 2025 22:57:04 | Transunion, Attn: Bankruptcy Dept., Po Box 1000, Chester,Pa 19016-1000 |
| 29707914 | | Email/Text: USBANK_bkmail@ecf.epiqsystems.com | Sep 05 2025 23:03:00 | U.S. Bank National Association, c/o U.S. Bank |

Case 22-01548   Doc 57   Filed 09/07/25   Entered 09/07/25 23:14:11   Desc Imaged
Certificate of Notice   Page 5 of 5

| District/off: 0752-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 05, 2025 | Form ID: 3180W | Total Noticed: 41 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Home Mortgage,, a division of U.S. Bank N.A., 4801 Frederica Street, Owensboro, Kentucky 42301 |
| 29659415 | | Email/Text: USBANK_bkmail@ecf.epiqsystems.com | Sep 05 2025 23:03:00 | Us Bank Home Mortgage, Attn: Bankruptcy Dept., 4801 FREDERICA ST, OWENSBORO,KY 42301 |
| 29659422 | | Email/Text: bknotice@upgrade.com | Sep 05 2025 23:02:00 | Upgrade Inc, Attn: Bankruptcy Dept., 275 BATTERY ST FL 23, SAN FRANCISCO,CA 94111 |
| 29659429 | + | EDI: LCIUPSTART | Sep 06 2025 02:47:00 | Upstart Network Inc/F, Attn: Bankruptcy Dept., 2 CIRCLE STAR WAY, SAN CARLOS,CA 94070-6200 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 29659427 | *+ | Credit One Bank Na, Attn: Bankruptcy Dept., PO BOX 98875, LAS VEGAS,NV 89193-8875 |
| 29659438 | *+ | IRS Priority Debt, Bankruptcy Dept., PO Box 7346, Philadelphia,PA 19101-7346 |
| 29659439 | *+ | IRS Priority Debt, Bankruptcy Dept., PO Box 7346, Philadelphia,PA 19101-7346 |
| 29659436 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia,PA 19101-7346 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 07, 2025            Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Brief | Ustpregion11.es.ecf@usdoj.gov |
| Charles F Kinzer | on behalf of Debtor 1 Carlos Lamon Magett ndil@geracilaw.com |
| Dana N O'Brien | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION dana.obrien@mccalla.com mccallaecf@ecf.courtdrive.com |
| Jaime Dowell | on behalf of Creditor City Of Chicago jaime.dowell@cityofchicago.org |
| Ricardo Gomez | on behalf of Debtor 1 Carlos Lamon Magett ndil@geracilaw.com |
| Thomas H. Hooper | thomas.h.hooper@chicagoch13.com |

TOTAL: 6